**Dorothy Goff, Plaintiff-Appellee, v. Marvin Goff, Defendant-Appellant.**

Gen. No. 67–95. 

Second District.
April 10, 1968.

Paul W. Schnake and Dale K. McAlpine, of Aurora, for appellant; O'Brien, Burnell, Puckett and Barnett, of Aurora, for appellee. Opinion by JUSTICE SEIDENFELD. **Not to be published in full.**